# MEMORANDUM

**DATE:** September 7, 2005

**TO:** Deputy Clerk
Miscellaneous Business Docket

**FROM:** Tricia Desingco
Financial Litigation Unit
U.S. Attorney's Office

**RE:** U.S. v. CARLINE BALTHAZAR

Attached is a certified copy of the above Judgment that was entered in United States District Court of New York cv-95-4758.

Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 47 Raechel Road, Randolph, MA 02368.

Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

If you have any questions, please contact me at (617) 748-3308. Thank you for your attention to this matter.

Attachment

MBD No. 05-mc-10332

Dated: 9/9/05

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL ACTION NO: ~~95-4758~~ MAY 24 1996 ★
CV 95-4758

TIME A.M.

---

UNITED STATES OF AMERICA,

               Plaintiff,

-against-

CARLINE BALTHAZAR

               Defendant(s).

**DEFAULT JUDGMENT**

HON. DAVID G. TRAGER

05-mc-10332

---

    THE SUMMONS AND COMPLAINT IN THIS ACTION HAVING BEEN DULY SERVED ON THE ABOVE-NAMED DEFENDANT AND THE PROCESS SERVER HAVING MADE HIS RETURN THEREON, AND SAID DEFENDANT HAVING FAILED TO PLEAD OR OTHERWISE DEFEND IN THIS ACTION, AND SAID DEFAULT HAVING BEEN DULY NOTED, AND UPON THE ANNEXED DECLARATION FOR DEFAULT JUDGMENT,

    **NOW**, ON MOTION OF HAYT, HAYT & LANDAU, JOEL D. LEIDERMAN, OF COUNSEL, THE ATTORNEY FOR THE PLAINTIFF, IT IS HEREBY

    **ORDERED AND ADJUDGED**, THAT UNITED STATES OF AMERICA, THE PLAINTIFF, DO RECOVER OF CARLINE BALTHAZAR THE DEFENDANT,, RESIDING AT 2926 W. 25TH STREET, BROOKLYN, N.Y. 11224 THE SUM OF $15,044.84 THE AMOUNT CLAIMED, PLUS INTEREST IN THE SUM OF $6,075.24 WITH $140.00 COSTS, AND SURCHARGE PURSUANT TO 28 U.S.C. 3011 OF $2,060.44 AMOUNTING IN ALL TO THE SUM OF $23,320.52 PLUS INTEREST AT THE RATE OF 5.46% PER ANNUM FROM THE DATE OF THIS JUDGMENT; AND THAT THE PLAINTIFF HAVE EXECUTION THREFORE.

    JUDGMENT SIGNED THIS 17TH DAY OF May, 1996

A TRUE COPY ATTEST JUN 2 8 2005
DATED ........ 20 ........
ROBERT C. HEINEMANN
BY ................. CLERK
DEPUTY CLERK

~~ROBERT C. HEINEMANN, Clerk~~

BY: David G. Trager
David G. Trager
U.S. District Judge

